142 So. 440

## Roy NORRIS v. STATE.

8 Div. 401.

Supreme Court of Alabama.

May 12, 1932.

Rehearing Denied June 9, 1932.

Carl W. Vann, of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Roy Norris for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Norris v. State, 142 So. 440.

Writ denied.

GARDNER, FOSTER, and KNIGHT, JJ., concur.